UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

MC-07- 437   (BMC)

In the Matter of

Steven C. Cunningham

an Attorney and Counselor-at-Law.                    ORDER

                        Respondent.

-------------------------------------------------X

        An order having been entered in the Supreme Court of the State of New York,
Appellate Division accepting resignation (disciplinary) of and removing respondent from the
roll of attorney's in the State of New York,

        IT IS ORDERED, pursuant to Local Rule 1.5 that respondent's name be
stricken from the Roll of Attorneys of this Court.  This order shall become effective 24 days
after the date of service upon said attorney unless otherwise modified or stayed.

        The docketing clerk is directed to mail a copy of the within to respondent and
to close the within action without prejudice to reopening the matter upon application of
respondent.

        SO ORDERED.

Dated :     Brooklyn, New York
            October 30, 2007

                                    s/Hon. Brian M. Cogan
                                    _____
                                    Brian M. Cogan, USDJ
                                    Chairman of the Committee on
                                    Grievances, E/D.N.Y.